# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-2522

———————————————

MELANIE HARPER,

    Appellant/Cross-Appellee,

v.

WETNWILD WATER SPORTS, LLC,
d/b/a WET-N-WILD
WATERSPORTS,

    Appellee/Cross-Appellant.

———————————————

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

January 29, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher J. Bailey, Coconut Grove; John F. Billera of Billera Law, PLLC, Boca Raton, for Appellant/Cross-Appellee.

Jack R. Reiter of GrayRobinson, P.A., Miami; D. Grayson Miller of Cole, Scott & Kissane, P.A., Pensacola, for Appellee/Cross-Appellant.